

**Brooklyn**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | **P**

**ATTORNEYS AT LAW**          **Long Island · Brooklyn · White Plains · Rochester · Albany**

January 23, 2026

<u>**Via ECF**</u>

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _1/23/2026___

**MEMORANDUM ENDORSED**

**Re:**     ***The Arena Group Holdings, Inc. v. InvestStrong, LLC, et al.,***
        Case No.: No. 1:25-cv-09920 (GHW)

Dear Judge Woods:

We represent Defendants InvestStrong, LLC and Joyce Giraud ("Defendants"). Pursuant to the Court's Rule 1(E), Defendants respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for February 3, 2026 at 3:00 p.m., and a corresponding extension of the related deadlines presently due January 27, 2026 (the joint status letter and the submission by email of the proposed civil case management plan and scheduling order).

Defendants' preference is that the conference and associated deadlines be adjourned *sine die* pending resolution of Defendants' anticipated motion to dismiss on jurisdictional grounds. Alternatively, if the Court would prefer to maintain a conference date on the calendar at this time, Defendants respectfully request a 30-day adjournment of the conference and the associated January 27 deadlines. Finally, if the Court would prefer to proceed with the February 3 conference as scheduled, Defendants are amenable to doing so, but respectfully request that the January 27 case management plan and joint letter deadlines be adjourned and that the conference proceed as a limited status conference focused on the threshold jurisdictional and venue issues and a schedule for Defendants' anticipated motion.

This is Defendants' first request for an adjournment/extension. Defendants make this request now because they have only recently retained counsel in this matter. In addition, Defendants' intended lead counsel is out-of-state and expects to move promptly for admission pro hac vice and related SDNY filing access so that lead counsel may appear as principal trial counsel for conferences before the Court.

Separately, and more importantly for scheduling purposes, Defendants intend to seek dismissal of the Complaint for lack of personal jurisdiction under Rule 12(b)(2) and improper venue under Rule 12(b)(3).[1] Because those issues are threshold and may determine whether this action may proceed in this District at all, Defendants respectfully submit that it would be more

---

[1] Defendants intend to comply with the Court's Individual Rules governing pre-motion submissions for motions to dismiss. If, however, the Court would prefer that Defendants file their Rule 12 motion papers without a pre-motion conference (or on an expedited schedule), Defendants are prepared to do so promptly at the Court's direction.

efficient to address them first, before the parties and the Court invest time in case management planning and pre-discovery processes. In Defendants' view, it would be preferable to hold the initial pretrial conference (and to require a joint status letter and proposed case management plan) only after the jurisdictional dispute is resolved, if the case remains in this Court.

I conferred with Plaintiff's counsel by telephone this afternoon regarding this request. Given our recent retention and the Court's deadlines, Plaintiff's counsel advised that she is not yet in a position to provide Plaintiff's position on this request and expects to be able to do so after the weekend. In deference to the Court's requirement that extension requests be submitted at least two business days in advance, Defendants submit this request now, and will promptly advise the Court of Plaintiff's position as soon as it is received.

If the Court is inclined to grant an adjournment of the conference but would prefer to select a date now (rather than adjourning *sine die*), Defendants propose a date 30 days from now, or thereafter at the Court's convenience.

We thank the Court for its attention to this request.

Respectfully,

*/s/ Nicholas A. Norden*

Nicholas A. Norden

Cc:    All Counsel of Record (via ECF)

Application granted.  Defendants' request to adjourn the initial pretrial conference, Dkt. No. 13, is granted. The initial pretrial conference scheduled for February 3, 2026 is adjourned to February 25, 2026 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's December 3, 2025 order are due no later than February 18, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated:  January 23, 2026

_____
GREGORY H. WOODS
United States District Judge