USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2026

# A F
**ABRAMS | FENSTERMAN, LLP**

ATTORNEYS AT LAW

## MEMORANDUM ENDORSED

**Brooklyn**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | P

Long Island · Brooklyn · White Plains · Rochester · Albany

February 5, 2026

**Via ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    ***The Arena Group Holdings, Inc. v. InvestStrong, LLC, et al.,***
Case No.: No. 1:25-cv-09920 (GHW)

Dear Judge Woods:

We write jointly on behalf of Plaintiff The Arena Group Holdings, Inc. ("Plaintiff") and Defendants InvestStrong, LLC and Joyce Giraud ("Defendants") to respectfully request, on consent, that the Court (i) adjourn the Initial Pretrial Conference currently scheduled for February 25, 2026, and (ii) extend the deadline for the parties' joint status letter and proposed case management plan currently due February 18, 2026, until after the Court resolves Defendants' forthcoming motion to dismiss.

As the Court is aware, on February 2, 2026, the Court granted Defendants leave to file a motion to dismiss and set a briefing schedule (opening due April 20, 2026; opposition due twenty-eight days after service; reply due seven days thereafter). The Court also stayed discovery pending resolution of the anticipated motion to dismiss, for the reasons stated on the record at the February 2 conference.

In light of the discovery stay and the motion schedule extending into late May 2026, the parties respectfully submit that proceeding with an Initial Pretrial Conference and a full proposed Case Management Plan at this time would likely not serve their original purpose. Instead, the parties believe it would be more efficient to revisit the Court's case management and discovery schedule after the motion to dismiss is resolved, at which point the parties can provide the Court with a more meaningful proposal regarding discovery and scheduling consistent with the Court's ruling.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Nicholas A. Norden*

Nicholas A. Norden

Application granted.  The initial pretrial conference scheduled for February 25, 2026 and associated deadlines are adjourned *sine die* pending the Court's resolution of the Defendants' anticipated motion to dismiss.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 23.

SO ORDERED.

Dated:  February 5, 2026          _____
New York, New York                    GREGORY H. WOODS
                                                United States District Judge